```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

Andre R. Levesque

    v.                              Civil No. 09-cv-248-JD

State of New Hampshire, et al.


Andre R. Levesque

    v.                              Civil No. 09-cv-453-JD

Merrimack County Dept. of
Corrections


Andre R. Levesque

    v.                              Civil No. 10-cv-41-JD

New Hampshire State Prison,
Secure Psychiatric Unit, et al.


O R D E R

On June 9, 2010, the court issued an order approving the magistrate judge's Report and Recommendation in cases # 09-cv-248 and 09-cv-453. It has come to the court's attention that, although no objections were filed in either of these cases, in case # 09-cv-437, Levesque filed three objections and the Merrimack County Department of Corrections and Paul Sylvester filed a joint objection. The court has reviewed and considered these objections to the extent they may apply in cases # 09-cv-

248 and 09-cv-453, and finds no reason to alter the magistrate judge's Report and Recommendation.

As noted in the June 9, 2010, order, the Report and Recommendation is approved in cases # 09-cv-248 (doc. no. 11) and 09-cv-453 (doc. no. 15). The court lacks jurisdiction to proceed in case # 10-cv-41. Cases # 09-cv-248 and 09-cv-453 shall be consolidated into case # 09-cv-437, in accordance with the Report and Recommendation.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

June 10, 2010

cc: Andrew R. Levesque 7455, pro se